2:25-cv-115

#3
fee paid
KT/KCB

AO 241
(Rev. 10/07)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Western |
|---|---|

| Name (under which you were convicted): LARRY Wayne Shroyer Jr | Docket or Case No.: 850IB  CP-42-CR-0000165-2012 |
|---|---|

| Place of Confinement: SCI Greene | Prisoner No.: KQ5058 |
|---|---|

| Petitioner (include the name under which you were convicted) larry Wayne ~~Sbroyer~~ SHRoyer Jr | v. | Respondent (authorized person having custody of petitioner) PA DOC / PA PARole Board |
|---|---|---|

The Attorney General of the State of Pennsylvania

**PETITION**

FILED
JAN 23 2025
CLERK OF COURT OF WESTERN DISTRICT
OF PENNSYLVANIA

1.   (a) Name and location of court that entered the judgment of conviction you are challenging:

McKean County Court of Common Pleas

    (b) Criminal docket or case number (if you know): PARole# 850IB / Case No. CP-42-CR-0000165-2012

2.   (a) Date of the judgment of conviction (if you know): 7-12-12

    (b) Date of sentencing: July 12th 2012

3.   Length of sentence: 5-12 years

4.   In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes  ☒ No

5.   Identify all crimes of which you were convicted and sentenced in this case:

Aggravated Assault w/SBI

6.   (a) What was your plea? (Check one)

    ☐ (1)  Not guilty    ☐ (3)  Nolo contendere (no contest)

    ☒ (2)  Guilty    ☐ (4)  Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

Plead Guilty to Aggravated Assault w/SBI

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8.  Did you appeal from the judgment of conviction?

☐ Yes    ☒ No

9.  If you did appeal, answer the following:

(a) Name of court:  NA

(b) Docket or case number (if you know):

(c) Result:

(d) Date of result (if you know):

(e) Citation to the case (if you know):

(f) Grounds raised:

(g) Did you seek further review by a higher state court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

☜AO 241
(Rev. 10/07)

(5) Citation to the case (if you know):

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?     ☐ Yes   ☒ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?     ☐ Yes   ☒ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:

(8) Date of result (if you know):

AO 241
(Rev. 10/07)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐  Yes   ☒ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

Ref: 5662716 pg 8 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☒ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☐ Yes   ☒ No

(2) Second petition:   ☐ Yes   ☒ No

(3) Third petition:   ☐ Yes   ☒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I Took A plea & Have Done my Time ~~& Am Now Being~~ Im Filing This Now Because PAROLE HAS Me Wrongfully Incarcerated. IVe got time Served Issues Along with Amendment Violations.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Time Credit Issues

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

InProper Time Credited. Missing Days Ive served that has not Been Credited Anywhere Along with Violation of Primary Jurisdiction Doctrine That should have given me Credit for time I Served ON A detainer While Sitting in McKean County Prison

(b) If you did not exhaust your state remedies on Ground One, explain why:

Ive filed Admin. Rememdies To The PARole Board with no Answers. I wrote my Sentencing Court. Ive Reached out To PARole & Records at SCI Greene with No Resolve. I Even wrote The Public Defenders office IN Greene County & They never Responded when I ReQuested Counsel

AO 241
(Rev. 10/07)                                                                                          Page 7

(c) .    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ⊠ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

**(d) Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ⊠ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I was never given A Denial

AO 241
(Rev. 10/07)

(c) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I filed an Admin. Rem. To The PA PARole Board. my motion & Tssues Raised Are Attached. ⊕ Motion For Release Denied Due To lack of Jurisdiction

GROUND TWO: FAlsified Reports By PARole

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

See Attached Motion & ExHiBiTs. EAch FAlse Report is Broken Down With Supporting Evidence That I Could Provide

(b) If you did not exhaust your state remedies on Ground Two, explain why:

Never got A Response & Am Being told They have no Time frame To Answer

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

AO 241
(Rev. 10/07)

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
ADMIN. REMEDIES TO PAROLE IN HARRISBURG PA see Attached motion

Docket or case number (if you know): 850 IB

Date of the court's decision: NA

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Never was given A Response

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two

① Sought Admin. Rem. - See Attached
② Motion For Release Denied Due To lack of Jurisdiction from Mckean County Court of Common Pleas - see Attached

**GROUND THREE:** Ex Post Facto Clause & Various other Amendment Violations

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

PARole Knowingly dis Advantaged me for my Success in Society
See Attached motion & Exhibits

AO 241
(Rev. 10/07)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

UnAnswered

(c)　　**Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?　　☑ Yes　　☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)　　**Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes　　☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?　　☐ Yes　　☑ No

(4) Did you appeal from the denial of your motion or petition?　　☐ Yes　　☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　　☐ Yes　　☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

Ref: 5662716 pg 13 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I Raised the Issue in Admin. Rem. & Motion for Release motion for Release Denied Due To lack of Jurisdiction

(c)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: ADMIN Rem. & Motion for Release

**GROUND FOUR:** Picked up on Warrant with Someone Else SSN

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MY SSN is 105 809286

(b) If you did not exhaust your state remedies on Ground Four, explain why:

UnAnswered & day parole Has Already Made So Many False Reports. They will not give me Fair Judgement.

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 10/07)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | | |
|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☒ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☒ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☒ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

ADmin Rem. UnAnswered See Attached
Documents 30 pages total

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

ADmin. Rem. & Motion for Release

Admin. Rem. UnAnswered
Motion for Release Denied Due To lack of JurisDiction
Against The PARole Board

Ref: 5662716 pg 15 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☑ Yes ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.

Only Administrative Remedies & motion for Release

See Attached

Ref: 5662716 pg 16 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:

Waived In 165 CR 2012
Phillip ClaBaugh was my Attorney for No. 514 & 683 CR 2023

(b) At arraignment and plea:

Stephanie Vettenburg - Schaffer for 165 CR 2012
Phillip ClaBaugh for 514 & 683 CR 2023

(c) At trial:

NA

(d) At sentencing:

NA

(e) On appeal:    NA

(f) In any post-conviction proceeding:   NA

(g) On appeal from any ruling against you in a post-conviction proceeding:   NA

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?        ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:



(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?        ☐ Yes    ☒ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

Ref: 5662716 pg 17 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Ref: 5662716 pg 18 of 19 for LARRY SHROYER JR

AO 241
(Rev. 10/07)

Page 16

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Proper time Credited, Compensation For All losses. Immediate Release.

lost $10,400.⁰⁰ Funding for my house Total of $5,300.⁰⁰ was paid out

lost Funding for Crs classes Along with Employment. Full Compensation For

or any other relief to which petitioner may be entitled. All losses plus Right Ful Monetary Value

For Wrongful Incarceration

_____

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on 1-21-2025 (month, date, year).

Executed (signed) on 1-13-2025 (date).

_____

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Ref: 5662716 pg 19 of 19 for LARRY SHROYER JR